Counsel, Department of Justice, Washington, DC, for Respondent.

Gary N. Johnson, of Counsel, Sacramento, CA, for Petitioner.

## ORDER

Petitioner having paid the docketing fee required by Federal Circuit Rule 52(a)(1) and the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due 21 days from the filing of this order.

## ORDER

Petitioner having paid the required filing fee and having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner should compute the due date for filing its brief 21 days from the date of filing of this order.

**Randolph W. WILKINS, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 04–3313.

United States Court of Appeals, Federal Circuit.

DECIDED: July 15, 2004.

Steven M. Mager, Principal Attorney, Todd M. Hughes, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

Randolph W. Wilkins, of Counsel, St. Louis, MO, for Petitioner.

**Michael ELMORE, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 03–3333.

United States Court of Appeals, Federal Circuit.

DECIDED: July 15, 2004.

Steven J. Abelson, Principal Attorney, Todd M. Hughes, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

Michael A. Moulis, Principal Attorney, Moulis & Associates, Ft. Lauderdale, FL, for Petitioner.